UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Heather Nelson
516 Columbus Street
Sun Prairie, WI  53590-2306

    Plaintiff

     v.                                                  Civil No.:  3:11-cv-307

Santander Consumer USA, Inc.
8585 N. Stemmons Freeway 1100N
Dallas, TX  75247,

Patrick K. Willis Co., Inc.,
d/b/a American Recovery Service
5118 Robert Mathews Parkway
El Dorado Hills, CA  95762, and

AssetsBiz Corp.
d/b/a ABC Recovery
180 Chicago Street
Cary, IL  60013,

    Defendants.

---

Order

---

    Based upon good cause shown, the unopposed motion of Plaintiff Heather Nelson in the above case for leave to file an amended complaint is Granted.

    It is so ordered.

_____
The Honorable Stephen L. Crocker
United States Magistrate Judge for the Western District of Wisconsin

1