UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Heather Nelson
516 Columbus Street
Sun Prairie, WI 53590-2306

**Summons in a Civil Case**

    Plaintiff

     v.                                  Civil No.: 3:11-cv-307

Santander Consumer USA, Inc.
8585 N. Stemmons Freeway 1100N
Dallas, TX 75247,

Patrick K. Willis Co., Inc.
d/b/a American Recovery Service
5118 Robert Mathews Parkway
El Dorado Hills, CA 95762, and

AssetsBiz Corp.
d/b/a ABC Recovery
180 Chicago Street
Cary, IL 60013,

    Defendants.

---

**Summons**

---

TO: AssetsBiz Corp., d/b/a ABC Recovery, 180 Chicago Street, Cary, IL 60013.

    **YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorneys, David Dudley and Frances Reynolds Colbert, Consumer Protection Law Office LLC, 849 E. Washington Ave. Suite 212, Madison, WI 53703, an answer to the complaint that is served on you with this summons, within 14 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                                     DATE

2

_____
(By) DEPUTY CLERK