IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Heather Nelson

    Plaintiff(s)

Case No.   3:11-cv-307

Santander Consumer USA, Inc., Patrick K. Willis Co., AssetsBiz Corp.

    Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Garrett L. Boehm, Jr.        of        Johnson & Bell, Ltd.
Attorney                              Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   Illinois
                                                                                                        Jurisdiction

Dated this  23rd  Day of  January , 20  12

            s/ Garrett L. Boehm, Jr.

    Name    Garrett L. Boehm, Jr.

    Firm    Johnson & Bell, Ltd.

    Address 33 West Monroe Street

            Suite 2700

    City    Chicago              State IL       Zip  60603

    E-Mail  boehmg@jbltd.com

    Phone   312.984.0279