IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEATHER NELSON,<br><br>      Plaintiff,<br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br>PATRICK K. WILLIS CO., INC., d/b/a/<br>AMERICAN RECOVERY SERVICE, and<br>ASSETSBIZ CORP., d/b/a ABC<br>RECOVERY,<br><br>      Defendants, | Case No.: 11-cv-307<br><br><br><br><br><br>PLAINTIFF'S NOTICE OF MOTION<br>AND MOTION TO COMPEL<br>DISCOVERY RESPONSES TO HER<br>FIRST AND SECOND SET OF<br>DISCOVERY REQUESTS |
| SANTANDER CONSUMER USA, INC.,<br><br>      Counter-Plaintiff,<br>v.<br><br>HEATHER NELSON,<br><br>      Counter-Defendant. | |

TO:    SANTANDER CONSUMER USA, INC.
          c/o Attorney Gary Caplan and Attorney Max Stein
          ReedSmith LLP
          10 South Wacker Drive
          Chicago, IL  60606-7507

    PLEASE TAKE NOTICE the Plaintiff, Heather Nelson, by her attorneys, Mary Catherine Fons and Ivan Hannibal, moves the Court for: 1)  An order to compel discovery related to Plaintiff's first and second set of discovery requests to Defendant Santander Consumer USA, Inc.; and 2)  An order requiring Defendant Santander Consumer USA, Inc., to pay Plaintiff her reasonable expenses, including attorney's fees, for bringing her motion to compel, pursuant to Federal Rule of Civil

Procedure 37(a)(5).

The grounds for this motion are that Defendant Santander Consumer USA, Inc., has failed to adequately, properly, and timely respond to Plaintiffs properly served discovery requests, including requests for the production of documents and interrogatories.  The grounds for this motion are further set forth in:

1) Plaintiff's Brief in Support of Motion to Compel Discovery Responses to Her First and Second Set of Discovery Requests; and

2) Affidavit of Mary Catherine Fons.

Dated this 3rd day of October, 2012.

s/ Ivan Hannibal
**Mary Catherine Fons, SBN 1017000**
FONS LAW OFFICE
500 South Page Street
Stoughton, WI  53589
Phone: (608) 873-1270
Fax: (608) 873-0496

**Ivan Hannibal, SBN 1050360**
CONSUMER RIGHTS LAW OFFICE
5908 Running Deer Trail
McFarland, WI  53558
Phone: (608) 852-6702

**ATTORNEYS FOR PLAINTIFF**