## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

HEATHER NELSON,

    Plaintiff,

        v.                      Case No.: 11-cv-307

SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS CO., INC.,            Honorable Barbara B. Crabb
d/b/a AMERICAN RECOVERY SERVICE,
ASSETSBIZ CORP. d/b/a ABC RECOVERY,

    Defendants.

## DEFENDANT SANTANDER CONSUMER USA, INC.'S PARTIAL MOTION
## FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

For the reasons set out in the accompanying Memorandum of Law in Support of Defendant Santander Consumer USA, Inc.'s Partial Motion for Summary Judgment, Defendant Santander Consumer USA, Inc. ("Santander") hereby moves for partial summary judgment pursuant to Fed. R. Civ. P. 56, and requests that this Court enter an order granting judgment in Santander's favor as a matter of law with respect to the First Claim for Relief set out in Plaintiff's Second Amended Complaint.

Dated: January 7, 2013                Santander Consumer USA, Inc.

                                      s/ David Z. Smith
                                        David. Z. Smith
                                        Gary S. Caplan
                                        Reed Smith LLP
                                        10 South Wacker Drive
                                        Chicago, IL 60606
                                        312.207.1000
                                        dzsmith@reedsmith.com

## CERTIFICATE OF SERVICE

I, David Z. Smith, hereby state that on January 7, 2013, I electronically filed *Defendant Santander Consumer USA, Inc.'s Partial Motion for Summary Judgment* with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

By:   */s/* David Z. Smith

David Z. Smith (IL ARDC #6256687)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone:  312.207.1000