UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HEATHER NELSON,

    Plaintiff,

    v.                                              Case No.: 11-cv-307

SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS CO., INC.,                  Honorable Barbara B. Crabb
d/b/a AMERICAN RECOVERY SERVICE,
ASSETSBIZ CORP. d/b/a ABC RECOVERY,

    Defendants.

---

### DEFENDANT SANTANDER CONSUMER USA, INC.'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF AND EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

For the reasons set out in the accompanying Memorandum of Law, Defendant Santander Consumer USA, Inc. ("Santander") hereby moves, pursuant to Federal Rules of Civil Procedure 37 and 56(d) to compel the deposition of plaintiff Heather Nelson prior to the date Santander's response on plaintiff's motion for partial summary judgment (D.E. #67) is due, on January 28, 2013, or, alternatively, to briefly extend the briefing schedule on plaintiff's motion for partial summary judgment for two weeks, until February 11, 2013, to allow for Santander to depose Ms. Nelson on the first date she claims to be available – February 2, 2013 – prior to Santander filing its opposition brief.

Dated: January 17, 2013                         Santander Consumer USA, Inc.

                                                                s/ Gary S. Caplan
                                                                Gary S. Caplan (IL ARDC No. 6198263)
                                                                David. Z. Smith (IL ARDC No. 6256687)
                                                                Reed Smith LLP
                                                                10 South Wacker Drive
                                                                Chicago, IL 60606
                                                                312.207.1000
                                                                gcaplan@reedsmith.com

## CERTIFICATE OF SERVICE

I, Gary S. Caplan, hereby state that on January 17, 2013, I electronically filed the foregoing DEFENDANT SANTANDER CONSUMER USA, INC.'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF AND EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of the Court using the ECF system, which will send notification to all parties.

By: /s/ Gary S. Caplan
Gary S. Caplan (IL ARDC No. 6198263)
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000