UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**HEATHER NELSON**,

    *Plaintiff*,

    v.

**SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS CO., INC.,
d/b/a AMERICAN RECOVERY SERVICE,
ASSETSBIZ CORP. d/b/a ABC RECOVERY**,

    *Defendants*.

Case No.: 11-cv-307

Hon. Barbara B. Crabb

---

### DEFENDANT SANTANDER CONSUMER USA, INC.'S MOTION TO STRIKE PLAINTIFF'S ADDITIONAL PROPOSED FINDINGS OF FACT ON REPLY AND CORRESPONDING PORTIONS OF REPLY BRIEF

---

Defendant Santander Consumer USA, Inc., through its attorneys, Reed Smith LLP, hereby moves this Court to strike Plaintiff's additional proposed findings of fact submitted on reply and the corresponding portions of Plaintiff's summary judgment reply brief for the reasons set forth in its Memorandum hereby submitted in support of the motion.

DATED:  February 27, 2013

Respectfully submitted,

**SANTANDER CONSUMER USA**,
*Defendant*

      /s/ Gary S. Caplan
      One of Its Attorneys

Gary S. Caplan (IL ARDC No. 6198263)
David Z. Smith (IL ARDC No. 6256687)
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606-7507
312.207.1000
gcaplan@reedsmith.com

## CERTIFICATE OF SERVICE

      I, Gary S. Caplan, hereby state that on February 27, 2013, I electronically filed the foregoing **DEFENDANT SANTANDER CONSUMER USA, INC.'S MOTION TO STRIKE PLAINTIFF'S ADDITIONAL PROPOSED FINDINGS OF FACT ON REPLY AND CORRESPONDING PORTIONS OF REPLY BRIEF** with the Clerk of the U.S. District Court for the Western District of Wisconsin using the ECF system, which will send notification to all parties of record.

                                              By:   /s/ Gary S. Caplan
                                                       Gary S. Caplan (IL ARDC No. 6198263)
                                                       REED SMITH LLP
                                                     10 South Wacker Drive
                                                     Chicago, Illinois  60606
                                                     (312) 207-1000

US_ACTIVE-112107529