# FONS LAW OFFICE
500 South Page Street
Stoughton, Wisconsin 53589

Mary Catherine Fons	Telephone: 608-873-1270
    Lawyer	Facsimile: 608-873-0496

February 28, 2013

Magistrate Judge Stephen L. Crocker
United States Courthouse
Western District of Wisconsin
P.O. Box 432
Madison, WI 53701-0432

      **RE: Heather Nelson v. Santander Consumer USA, Inc.
            Case No. 11-cv-307**

Dear Judge Crocker:

We received the notice of hearing for Plaintiff's Motion to Compel. Attorney Hannibal and I will be traveling back from Nevada on March 15, 2013, the date the hearing is scheduled, so we ask that it be rescheduled. Plaintiff's counsel will be traveling to and from a deposition and taking a deposition March 13th – 15th. We are available March 11th or 12th for a hearing. We are also available March 18th, 19th or 20th, but not the 21st or 22nd.

Thank you for your consideration of this request.

Sincerely,

*Mary Catherine Fons*

Mary Catherine Fons
Attorney at Law

MCF/lew

cc:  Attorney Ivan Hannibal – via CM/ECF
      Attorneys Gary S. Caplan, David Z. Smith and Max A. Stein – via CM/ECF