IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEATHER NELSON,<br><br>      Plaintiff,<br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br>PATRICK K. WILLIS CO., INC., d/b/a/<br>AMERICAN RECOVERY SERVICE, and<br>ASSETSBIZ CORP., d/b/a ABC<br>RECOVERY,<br><br>      Defendants, | Case No.:  11-cv-307 |
| SANTANDER CONSUMER USA, INC.,<br><br>      Counter-Plaintiff,<br>v.<br><br>HEATHER NELSON,<br><br>      Counter-Defendant. | PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS |

Plaintiff, Heather Nelson, proposes the Court ask the following questions for voir dire.

**Plaintiff's Requested Voir Dire Question Number 1:**

Are any of you or have any of you been engaged in or employed by a business or collection agency which collects debts, or who have family members or close friends who are so employed?

1

**Plaintiff's Requested Voir Dire Question Number 2:**

Are any of you now, or have any of you ever been, engaged in or employed by a business or individual who refers accounts to a debt collector for collection, or do you have family members or close friends who have ever been so employed?

**Plaintiff's Requested Voir Dire Question Number 3:**

Are any of you now, or have any of you ever been, engaged in or employed by a business or individual which extends or collects credit, like a bank, credit union, or finance company, or do you have family members or close friends who have ever been so employed?

**Plaintiff's Requested Voir Dire Question Number 4:**

Are any of you now, or have any of you ever been, engaged in or employed by a business or individual which is involved in the business of repossessing vehicles, or do you have family members or close friends who have ever been so employed?

**Plaintiff's Requested Voir Dire Question Number 5:**

Would any of you be unable or unwilling to award damages to someone who has suffered emotional distress or mental anguish?

**Plaintiff's Requested Voir Dire Question Number 6:**

Would any of you be unable or unwilling to award punitive damages if the evidence showed a basis for them?

**Plaintiff's Requested Voir Dire Question Number 7:**

Is there anyone here that believes a debt collector does not have to treat a person with respect and dignity just because that person might owe money to the debt collector?

**Plaintiff's Requested Voir Dire Question Number 8:**

Have any of you ever owned a business? If yes, briefly describe the size and type of business.

Dated this 10th day of May, 2013.

<div style="margin-left: 50%;">

s/ Ivan Hannibal
**Mary Catherine Fons, SBN 1017000**
FONS LAW OFFICE
500 South Page Street
Stoughton, WI  53589
Phone: (608) 873-1270
Fax: (608) 873-0496

**Ivan Hannibal, SBN 1050360**
CONSUMER RIGHTS LAW OFFICE
5908 Running Deer Trail
McFarland, WI  53558
Phone: (608) 852-6702

**ATTORNEYS FOR PLAINTIFF**

</div>