UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

HEATHER NELSON,

    Plaintiff,

v.                                                     Civil Case No.:  3:11-cv-307

SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS, CO., INC. d/b/a
AMERICAN RECOVERY SERVICE, and
ASSETSBIZ CORP. d/b/a ABC RECOVERY,

    Defendants.

**PLAINTIFF'S MOTION IN LIMINE NO. 1 -- MOTION IN LIMINE TO EXCLUDE EXPERT OPINION TESTIMONY FROM ANY PERSON, INCLUDING DEFENDANTS' EMPLOYEES**

Plaintiff requests this Court exclude expert opinion testimony from any individual, including defendants' employees.

**ARGUMENT**

Plaintiff seeks to exclude expert opinion testimony from any person, including defendants' employees, on behalf of any of the defendants. Defendants should not be allowed to rely on expert opinion of any person who was not disclosed in a timely manner pursuant to Federal Rule of Civil Procedure 26(a)(2)(A)-(D). Federal Rule of Civil Procedure 26(a)(2)(D) requires a party, absent stipulation or court order, to disclose the identity of any witness it may use at trial to present evidence under Federal Rule of Civil Procedure 702, 703, or 705, at least 90 days before the date set for trial or for the case to be ready for trial.

To date, none of the defendants has disclosed the identity of any witness it may use at trial to present evidence under Federal Rule of Civil Procedure 702, 703, or 705—or provided

any of the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) or (C). The time for disclosing expert witnesses, and to make the disclosures required by Federal Rule of Civil Procedure 26(a)(2)(B) or (C), has elapsed in this case. Therefore, defendants should not be allowed to rely on the expert opinion of any person who was not disclosed as an expert in a timely manner, including any of defendants' employees. The Court should exclude expert opinion testimony from any individual, including defendants' employees.

Respectfully submitted this 13th day of May, 2013.

By: s/Ivan Hannibal
**Mary Catherine Fons, SBN 1017000**
FONS LAW OFFICE
500 South Page Street
Stoughton, WI 53589
Phone: (608) 873-1270
*Fax*: (608) 873-0496
mfons@chorus.net

**Ivan J. Hannibal, SBN 1050360**
CONSUMER RIGHTS LAW OFFICE
5908 Running Deer Trail
Mc Farland, WI 53558-9053
Phone: (608) 852-6702
consumerrightslawoffice@gmail.com

**ATTORNEYS FOR PLAINTIFF**