UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**HEATHER NELSON,**

      **Plaintiff,**

v.   Civil Case No.:  3:11-cv-307

**SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS, CO., INC. d/b/a
AMERICAN RECOVERY SERVICE, and
ASSETSBIZ CORP. d/b/a ABC RECOVERY,**

      **Defendants.**

**PLAINTIFF'S MOTION IN LIMINE NO. 5 -- MOTION IN LIMINE TO PROHIBIT SANTANDER FROM RAISING THE AFFIRMATIVE DEFENSE OF CONSENT**

Plaintiff moves the Court for an order prohibiting defendant Santander Consumer USA from raising the affirmative defense of consent.

**ARGUMENT**

In its March 8, 2013, Opinion and Order, the Court denied defendant Santander's motion for leave to file an amended answer raising the affirmative defense of consent. (pp. 11-14; Dkt 141)  Because the Court has already decided this issue, Santander should be prohibited from offering evidence or making arguments that plaintiff gave Santander consent to call her on her cellular telephone.

Respectfully submitted this 13th day of May, 2013.

      By: s/Ivan Hannibal
      **Mary Catherine Fons, SBN 1017000**
      FONS LAW OFFICE
      500 South Page Street
      Stoughton, WI  53589
      Phone: (608) 873-1270
      *Fax*: (608) 873-0496
      mfons@chorus.net

**Ivan J. Hannibal, SBN 1050360**
CONSUMER RIGHTS LAW OFFICE
5908 Running Deer Trail
Mc Farland, WI 53558-9053
Phone: (608) 852-6702
consumerrightslawoffice@gmail.com

**ATTORNEYS FOR PLAINTIFF**