# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF  Plaintiff | | | HEATHER NELSON, Plaintiff | |
|---|---|---|---|---|
| | | | V. | Case No.: **3:11-cv-307** |
| | | | SANTANDER CONSUMER USA, INC., PATRICK K. WILLIS, CO., INC. d/b/a AMERICAN RECOVERY SERVICE, and ASSETSBIZ CORP. d/b/a ABC RECOVERY, Defendants. | |
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | No. | Witness | | |
| 6/10/13 | 1 | | April 13, 2010 letter from Heather Nelson to Santander. Exhibit 2 to Deposition of Wayne Nightengale taken on 11/28/12. | |
| 6/10/13 | 2 | | Declaration of Wayne Nightengale In Support of Defendant Santander Consumer USA Inc.'s Motion for Summary Judgment and attached documents, filed in the case of Meyer v. Santander Consumer USA et al. Exhibit 4 to Deposition of Wayne Nightengale taken on 5/1/13. | |
| 6/10/13 | 3 | | Servicing Agreement. Exhibit 5 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 003719 – 003831) | |
| 6/10/13 | 4 | | Declaration of Wayne Nightengale in Support of Defendant Santander Consumer USA, Inc.'s Motion for Summary Judgment and attached documents filed in this case. Exhibit 6 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 97 - 100; 103 - 106; 319 - 322; 3166 - 3225; 3655 – 3712; 323 – 326) | |
| 6/10/13 | 5 | | HSBC contracts related to Nelson's truck loan. Exhibit 7 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3584 – 3588) | |

| | | | | |
|---|---|---|---|---|
| 6/10/13 | 6 | | HSBC contracts related to Nelson's van loan. Exhibit 8 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3359 – 3363) | |
| 6/10/13 | 7 | | Better Business Bureau documents and letters related to complaint made by Heather Nelson. Exhibit 9 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3650 – 3654) | |
| 6/10/13 | 8 | | Texas Office of Consumer Credit Commissioner documents and email related to complaint made by Heather Nelson. Exhibit 10 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3648 – 3649) | |
| 6/10/13 | 9 | | Account Notes produced by Santander related to Nelson's truck loan. Exhibit 11 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 1 – 96 ) | |
| 6/10/13 | 10 | | Account Notes produced by Santander related to Nelson's van loan. Exhibit 12 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 1746 – 1880) | |
| 6/10/13 | 11 | | Account Notes produced by Santander related to Nelson's truck loan. Exhibit 13 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3002 –3101) | |
| 6/10/13 | 12 | | Account Notes produced by Santander related to Nelson's van loan. Exhibit 14 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3226 – 3325) | |
| 6/10/13 | 13 | | Account Notes produced by Santander related to Nelson's truck loan. Exhibit 15 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 344 – 3543) | |
| 6/10/13 | 14 | | List of Santander employees who worked on Heather Nelson's account. Exhibit 16 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 301 – 307) | |

| | | | | |
|---|---|---|---|---|
| 6/10/13 | 15 | | List of codes used by Santander employees. Exhibit 17 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 308 – 317) | |
| 6/10/13 | 16 | | Truck payment records produced by Santander. Exhibit 18 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3544 – 3552) | |
| 6/10/13 | 17 | | Truck payment records produced by Santander.  Exhibit 19 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3557 – 3568) | |
| 6/10/13 | 18 | | Van payment records produced by Santander.  Exhibit 20 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3326 – 3336) | |
| 6/10/13 | 19 | | Van payment records produced by Santander.  Exhibit 21 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3341 – 3354) | |
| 6/10/13 | 20 | | Various notices of right to cure default sent by Santander. Exhibit 22 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3626 – 3627; 3424 – 3436) | |
| 6/10/13 | 21 | | Various HSBC and Santander letters.   Exhibit 23 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3381 – 3382; 3397; 3390 – 3395; 3398; 3553; 3337) | |
| 6/10/13 | 22 | | Post repossession letters from Santander. Exhibit 24 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3611, 3619 – 3620) | |
| 6/10/13 | 23 | | Cease and desist letter received by Santander.  Exhibit 25 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA3599) | |
| 6/10/13 | 24 | | Letter from Attorney Lan Waddell. Exhibit 26 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3601) | |

3

| | | | | |
|---|---|---|---|---|
| 6/10/13 | 25 | | Fax from Nelson to Santander dated June 1, 2010 8:39 a.m. Exhibit 27 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3600, 3598, 3613, 3614) | |
| 6/10/13 | 26 | | Fax from Nelson to Santander dated June 1, 2010 4:19 p.m. Exhibit 28 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3612) | |
| 6/10/13 | 27 | | Fax from Nelson to Santander dated July 27, 2010 10:16 a.m. Exhibit 29 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3400, 3418) | |
| 6/10/13 | 28 | | Fax from Nelson to Santander dated July 29, 2010 8:45 a.m. Exhibit 30 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3415 – 3417) | |
| 6/10/13 | 29 | | Fax from Nelson to Santander dated July 30, 2010 4:19 p.m. Exhibit 31 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3401) | |
| 6/10/13 | 30 | | Mary Kinman-Sexton letter from Santander. Exhibit 32 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3580) | |
| 6/10/13 | 31 | | HSBC notification of account extension for Nelson's truck and van. Exhibit 33 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3593, 3380) | |
| 6/10/13 | 32 | | Santander modification denial. Exhibit 34 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 3442) | |
| 6/10/13 | 33 | | Defendant Santander's Amended Response To Interrogatory No. 2 from Plaintiff's First Set of Interrogatories. Exhibit 35 to Deposition of Wayne Nightengale taken on 5/1/13. | |
| 6/10/13 | 34 | | Santander employee discipline records. Exhibit 36 to Deposition of Wayne Nightengale taken on 5/1/13. (SCUSA 5000 – 5032) | |

4

| | | | | |
|---|---|---|---|---|
| 6/10/13 | 35 | | November 28, 2011 letter written by Michael Terreault. Exhibit 2 to Deposition of Michael Terreault taken on 2/12/13. | |
| 6/10/13 | 36 | | October 1, 2010 letter from State of Wisconsin Department of Financial Institutions. (000001) | |
| 6/10/13 | 37 | | August 4, 2010 from the Texas Office of the Consumer Credit Commissioner. (000002) | |
| 6/10/13 | 38 | | August 3, 2010 email from Heather Nelson to Mark Baker. (000003) | |
| 6/10/13 | 39 | | Print out of live chat between Heather Nelson and Sharonda. (000005) | |
| 6/10/13 | 40 | | August 3, 2010 email from Heather Nelson to Mark Baker and August 4, 2010 response by Mark Baker. (000010-11) | |
| 6/10/13 | 41 | | April 18, 2011 letter from Heather Nelson. (000013) | |
| 6/10/13 | 42 | | December 9, 2010 email from Heather Nelson to Paul Egide and response. (000014 – 15) | |
| 6/10/13 | 43 | | Complaint filed by Heather Nelson with Wisconsin Department of Financial Institutions. (000016 – 17) | |
| 6/10/13 | 44 | | Complaint filed by Heather Nelson with the Better Business Bureau. (000018) | |
| 6/10/13 | 45 | | July 30, 2010 letter from Heather Nelson to Santander. (000019) | |
| 6/10/13 | 46 | | 3 page fax of July 29, 2010 from Heather Nelson to Santander's ASU department. (000026 – 28) | |
| 6/10/13 | 47 | | Call log maintained by Heather Nelson. (000040 – 50) | |
| 6/10/13 | 48 | | August 29, 2010 modification agreement from Santander to Heather Nelson. (000057 – 59) | |
| 6/10/13 | 49 | | August 19, 2010 letter from Santander to Heather Nelson. (000060) | |
| 6/10/13 | 50 | | Recording of messages left on Heather Nelson's cell phone. | |

| | | | | |
|---|---|---|---|---|
| 6/10/13 | 51 | | April 13, 2010 cease and desist letter from Heather Nelson to Santander. (200100) | |
| 6/10/13 | 52 | | Live chat between Heather Nelson and Laurence. (200130) | |
| 6/10/13 | 53 | | Live chat between Heather Nelson and Terri. (200131) | |
| 6/10/13 | 54 | | May 31, 2010 Letter from Heather Nelson to ASU department. (200135) | |
| 6/10/13 | 55 | | Various payment receipts for Heather Nelson's payments. (200136 – 200157) | |
| 6/10/13 | 56 | | July 8, 2009 HSBC account extension on truck. (200159) | |
| 6/10/13 | 57 | | HSBC contract for Dodge Truck. (200164 – 200167) | |
| 6/10/13 | 58 | | Letter from Nelson to ASU department. (200193) | |
| 6/10/13 | 59 | | HSBC contract for Chrysler Van. (200226 – 200229) | |
| 6/10/13 | 60 | | August 29, 2010 modification offer from Santander and September 8, 2010 fax from Nelson accepting. (200430 – 200435) | |
| 6/10/13 | 61 | | Heather Nelson payment receipts on truck and van. (200540 – 200543) | |
| 6/10/13 | 62 | | Walmart Payment receipt June 1, 2010. (200552 – 200553) | |
| 6/10/13 | 63 | | June 2, 2010 Receipt for Truck release. (200554) | |
| 6/10/13 | 64 | | 4/12/2010 proof of payment to HSBC Auto Finance. (200562) | |
| 6/10/13 | 65 | | Handwritten notes about Yesenia. (200563) | |
| 6/10/13 | 66 | | Heather Nelson Payment records. (200564 – 565) | |
| 6/10/13 | 67 | | Truck payment records. (200566) | |
| 6/10/13 | 68 | | HSBC notice of extension July 8, 2009 for van. (200596) | |
| 6/10/13 | 69 | | Proof of payment receipt February 22, 2010. (200604) | |

| | | | | |
|---|---|---|---|---|
| 6/10/13 | 70 | | Certified copy of Complaint (Dkt 1) in <u>Deuel v. Santander Consumer USA, Inc.</u>, U.S. Dist Court, Southern District of Florida, filed December 4, 2009 | |
| 6/10/13 | 71 | | Certified copy of Santander Consumer USA, Inc.'s Answer (Dkt 22) in <u>Deuel v. Santander Consumer USA, Inc.</u>, U.S. Dist Court, Southern District of Florida, filed on April 29, 2009. | |
| 6/10/13 | 72 | | Certified copy of Complaint (Dkt 1) in <u>Evenrud v. Santander Consumer USA, Inc.</u>, U.S. Dist Court, District of Oregon, filed on February 23, 2009. | |
| 6/10/13 | 73 | | Certified copy of Santander Consumer USA, Inc.'s Answer (Dkt 4) in <u>Evenrud v. Santander Consumer USA, Inc.</u>, U.S. Dist Court, District of Oregon, filed on March 18, 2009. | |
| 6/10/13 | 74 | | Santander Consumer USA, Inc.'s Third Supplemental Response to Plaintiffs' Second Set of Interrogatories and Requests For Production of Documents. Exhibit 3 to Deposition of Wayne Nightengale taken on 11/28/12. | |
| 6/10/13 | 75 | | Santander 's payment histories from My Account for Heather Nelson.  (000020 – 25) | |
| 6/10/13 | 76 | | Santander bills and payment records.  (200436 – 539) | |

Respectfully submitted this 20th day of May, 2013.

By: s/Mary Catherine Fons
**Mary Catherine Fons, SBN 1017000**
FONS LAW OFFICE
500 South Page Street
Stoughton, WI  53589
Phone: (608) 873-1270
*Fax*: (608) 873-0496
mfons@chorus.net

7

**Ivan J. Hannibal, SBN 1050360**
CONSUMER RIGHTS LAW OFFICE
5908 Running Deer Trail
Mc Farland, WI 53558-9053
Phone: (608) 852-6702
consumerrightslawoffice@gmail.com

**ATTORNEYS FOR PLAINTIFF**