UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEATHER NELSON,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br>PATRICK K. WILLIS CO., INC.,<br>d/b/a AMERICAN RECOVERY SERVICE,<br>ASSETSBIZ CORP. d/b/a ABC RECOVERY,<br><br>Defendants. | Case No.: 11-cv-307<br><br>Honorable Barbara B. Crabb |

## JOINT MOTION AND STIPULATION TO VACATE OPINION AND ORDER

Pursuant to Fed. R. Civ. P. 60(b)(6), Plaintiff, Heather Nelson, and Defendants Santander Consumer USA, Inc., Patrick K. Willis Co., Inc., d/b/a American Recovery Service, and AssetsBiz Corp. d/b/a ABC Recovery, through their respective attorneys, hereby stipulate to and jointly request that the Court enter an order vacating and setting aside, in its entirety, the March 8, 2013 Opinion and Order, which was filed in this matter as Docket Number 141.

HEATHER NELSON
*Plaintiff,*

s/
Mary Catherine Fons
Ivan Hannibal
Fons Law Office
Stoughton, WI 53589
608-873-1270
mfons@chorus.net

s/
Ivan Hannibal
Consumer Rights Law Office
5908 Running Deer Trail
McFarland, WI 53538
608-852-6702
consumerrightslawoffice@gmail.com

SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS CO., INC., d/b/a
AMERICAN RECOVERY SERVICE, AND
ASSETSBIZ CORP., d/b/a/ ABC
RECOVERY
*Defendants,*

s/
Gary S. Caplan
Terry B. Bates
Robert S. O'Meara
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
312.207.1000
gcaplan@reedsmith.com