UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEATHER NELSON,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br>PATRICK K. WILLIS CO., INC.,<br>d/b/a AMERICAN RECOVERY SERVICE,<br>ASSETSBIZ CORP. d/b/a ABC RECOVERY,<br><br>Defendants. | Case No.: 11-cv-307<br><br>Honorable Barbara B. Crabb |

## ORDER

This matter coming before the Court on the Parties' Joint Motion and Stipulation to Vacate Opinion and Order pursuant to Fed. R. Civ. P. 60(b)(6), it is hereby ordered that the March 8, 2013 Opinion and Order previously filed in this matter as Docket Number 141 is vacated and set aside in its entirety.

**IT IS SO ORDERED.**

ENTERED:

_Barbara B Crabb_
Hon. Barbara B. Crabb

Dated: June 7, 2013

US_ACTIVE-113324869.1