## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEATHER NELSON,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br>PATRICK K. WILLIS CO., INC.,<br>d/b/a AMERICAN RECOVERY SERVICE,<br>ASSETSBIZ CORP. d/b/a ABC RECOVERY,<br><br>Defendants. | Case No.: 11-cv-307<br><br>Honorable Barbara B. Crabb |

### STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated and agreed to by and among Plaintiff, Heather Nelson, and Defendants Santander Consumer USA, Inc., Patrick K. Willis Co., Inc., d/b/a American Recovery Service, and AssetsBiz Corp. d/b/a ABC Recovery, through their respective attorneys, that this case shall be dismissed in its entirety with prejudice and without costs or attorneys' fees, with each party to bear its own costs and attorneys' fees, all matters in controversy herein having been fully and finally settled and concluded.

HEATHER NELSON
*Plaintiff,*

s/_____
Mary Catherine Fons
Ivan Hannibal
Fons Law Office
Stoughton, WI 53589
608-873-1270
mfons@chorus.net

s/_____
Ivan Hannibal
Consumer Rights Law Office
5908 Running Deer Trail
McFarland, WI 53538
608-852-6702
consumerrightslawoffice@gmail.com

SANTANDER CONSUMER USA, INC.,
PATRICK K. WILLIS CO., INC., d/b/a
AMERICAN RECOVERY SERVICE, AND
ASSETSBIZ CORP., d/b/a/ ABC
RECOVERY
*Defendants,*

s/_____
Gary S. Caplan
Terry B. Bates
Robert S. O'Meara
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606
312.207.1000
gcaplan@reedsmith.com

US_ACTIVE-113324037.1