UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HEATHER NELSON,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br>PATRICK K. WILLIS CO., INC.,<br>d/b/a AMERICAN RECOVERY SERVICE,<br>ASSETSBIZ CORP. d/b/a ABC RECOVERY,<br><br>Defendants. | Case No.: 11-cv-307<br><br>Honorable Barbara B. Crabb |

## ORDER DISMISSING ENTIRE CASE WITH PREJUDICE

This matter coming before the Court on the Parties' Stipulation to Dismiss with Prejudice, it is hereby ordered that this case is dismissed in its entirety with prejudice, without costs or attorneys' fees, and with each party to bear its own costs and attorneys' fees. *The court will retain jurisdiction to reopen the case if the terms of the parties' agreement are not carried out.*

**IT IS SO ORDERED.**

ENTERED:

*[signature: Barbara B. Crabb]*
Hon. Barbara B. Crabb

Dated: *June 7, 2013*

US_ACTIVE-113324152.1